# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEUROCARE INSTITUTE OF
CENTRAL FLORIDA, P.A.,**

       **Plaintiff,**

**v.**                                    **Case No:   6:13-cv-896-Orl-31DAB**

**WAGNER WELLNESS INC.,
ROBERT WAGNER, APRIL
WAGNER, ROBERT REMLER,
PATRICIA FREDETTE-HUFFMAN
and COASTAL FAMILY
PRACTICE, LLC,**

       **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Voluntary Dismissal (Doc. 71), and

pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees

and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this

file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 22, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties